Nos. 24-3404/3417

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 6, 2024
KELLY L. STEPHENS, Clerk

**24-3404**

| | |
|---|---|
| HUNTER DOSTER, et al., )<br>)<br>    Plaintiffs-Appellants, )<br>)<br>v. )<br>)<br>HON. FRANK KENDALL, III, in his official )<br>capacity as Secretary of the Air Force, et al., )<br>)<br>    Defendants-Appellees. ) | O R D E R |

_____

**24-3417**

MICHAEL POFFENBARGER, on behalf of )
himself and others similarly situated, )
)
    Plaintiff-Appellant, )
)
v. )
)
HON. FRANK KENDALL, III, in his official )
capacity as Secretary of the Air Force, et al., )
)
    Defendants-Appellees. )

In Case Nos. 24-3404 and 24-3417, the plaintiffs appeal the district court's dismissal of these class action suits alleging that the Department of Defense's COVID-19 vaccination requirement violated the First Amendment and the Religious Freedom Restoration Act. In Case No. 24-3417, the plaintiff moves to consolidate the two appeals for briefing and submission. The defendants offer no response.

- 2 -

The appeals arise from separate actions with differing parties and distinct records. The court does not typically consolidate briefing in these circumstances as the rules on record citation necessitate maintaining separate, albeit parallel, briefing.

Accordingly, the motion to consolidate is DENIED, insofar as these appeals will be briefed independently. Upon the completion of briefing, the appeals will be submitted to the same panel for consideration on the same date. The decision to hold oral argument or not and the structure of any appellate argument are reserved to the merits panel to which these appeals will be assigned. The case association will be noted on the docket, and the clerk will re-issue simultaneous yet independent briefing schedules for the two appeals.

        ENTERED PURSUANT TO RULE 45(a)
        RULES OF THE SIXTH CIRCUIT

        */s/ Kelly L. Stephens*
        Kelly L. Stephens, Clerk